IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | | |
|---|---|---|
| PAMELA K. GUSCHAUSKY, individually ) and on behalf of all other similarly situated, ) ) | CV 10-59-H-DWM | |
| Plaintiffs, ) ) | | |
| vs. ) ) | ORDER | |
| AMERICAN FAMILY LIFE ASSURANCE) COMPANY OF COLUMBUS, AFLAC ) INCORPORATED, AND DOES 1-10, ) ) | | |
| Defendants. ) _____ ) | | |

The plaintiffs move for an order *nunc pro tunc*. The defendants do not oppose the motion. The Court grants the motion.

IT IS ORDERED that the Final Approval Order of April 2, 2012, (doc. 93) is AMENDED as follows:

1. In paragraphs 16, 17, and 19, the words "Effective Date" are

deleted and replaced with "Final Approval (as defined in the Settlement Agreement)";

2. In paragraph 16, the number "$1,650,408.25" is deleted and replaced with "$1,705,280.80, plus additional reasonable costs and expenses that the class has incurred since the parties March 12, 2012, stipulation."; and

3. In paragraph 19, the words "thirty (30)" are deleted and replaced with "forty-five (45)."

Dated this 5th day of April 2012.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT