IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| PAMELA K. GUSCHAUSKY, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS, AFLAC INCORPORATED, AND DOES 1-10,<br><br>Defendants. | CV 10-59-H-DWM<br><br><br><br><br><br>ORDER |

The plaintiffs move for an order *nunc pro tunc*. The defendants do not oppose the motion. The Court grants the motion.

IT IS ORDERED that the Final Approval Order of April 2, 2012, (doc. 93) is AMENDED as follows:

1. In paragraphs 16, 17, and 19, the words "Effective Date" are

deleted and replaced with "Final Approval (as defined in the Settlement Agreement)";

2. In paragraph 16, the number "$1,650,408.25" is deleted and replaced with "$1,705,280.80, plus additional reasonable costs and expenses that the class has incurred since the parties March 12, 2012, stipulation."; and

3. In paragraph 19, the words "thirty (30)" are deleted and replaced with "forty-five (45)."

Dated this 5th day of April 2012.

*[signature]*

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT